# United States District Court
## Eastern District of Tennessee

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>DANNY T. MCTAGGART | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br><br>Case Number:  3:07-PO-47 |

_____
Defendant's Attorney

**THE DEFENDANT:**

[✓]  pleaded guilty to count(s): 1,2,3 (TE41 1205635. 1205636, 1205637)
[ ]  pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ]  was found guilty on count(s) ___ after a plea of not guilty.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| See next page. | | | |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on count(s) ___.

[ ]  Count(s) ___ [] is  [] are  dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and the United States attorney of any material change in the defendant's economic circumstances.

September 12, 2007
Date of Imposition of Judgment

_____
Signature of Judicial Officer

H. BRUCE GUYTON, United States Magistrate Judge
Name & Title of Judicial Officer

9/12/07
Date

DEFENDANT: DANNY T. MCTAGGART
CASE NUMBER: 3:07-PO-47

# ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 CFR 4.23(a) 1 & 2 | Operating a Motor Vehicle with a Blood Alcohol Level over .08 and Under the Influence of Alcohol to a Degree of Being Incapable of control. | 7/14/07 | 1 |
| 36 CFR 4.14(b) | Possession of Open container of Alcohol: Driver | 7/14/07 | 2 |
| 36 CFR 4.2(b) | Reckless Operation of a Motor Vehicle | 7/14/07 | 3 |

DEFENDANT: DANNY T. MCTAGGART
CASE NUMBER: 3:07-PO-47

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 48 hours with credit for time served as to court one (1). .

[ ]  The court makes the following recommendations to the Bureau of Prisons:

[ ]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district:
     [ ] at ___ [] a.m. [] p.m. on ___.
     [ ] as notified by the United States Marshal.

[✓]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     [ ] before 2 p.m. on _.
     [✓] as notified by the United States Marshal.
     [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on_____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: DANNY T. MCTAGGART
CASE NUMBER: 3:07-PO-47

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B. The assessment is ordered in accordance with 18 U.S.C. § 3013.

|  | Assessment | Fine | Processing Fee |
|---|---|---|---|
| Totals: | $ 30.00 | $ 500.00 | $ 75.00 |

[ ] The determination of restitution is deferred until _. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[ ] The defendant shall make restitution (including community restitution) to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, if the United States is a victim, all other victims, if any, shall receive full restitution before the United States receives any restitution, and all restitution shall be paid to the victims before any restitution is paid to a provider of compensation, pursuant to 18 U.S.C. § 3664.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| TOTALS: | $_ | $_ | |

[ ] If applicable, restitution amount ordered pursuant to plea agreement $ _

The defendant shall pay interest on any fine or restitution of more than $2500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

[ ] The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

  [ ] The interest requirement is waived for the    [ ] fine and/or    [ ] restitution.

  [ ] The interest requirement for the    [ ] fine and/or    [ ] restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: DANNY T. MCTAGGART
CASE NUMBER: 3:07-PO-47

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A  [✓]  Lump sum payment of $ 605.00  due immediately, balance due

    [✓] not later than 2/13/07 , or
    [ ] in accordance with     [ ]C,   [ ]D, or  [ ]E below; or

B  [ ]  Payment to begin immediately (may be combined with     [ ]C,   [ ]D, or   [ ]E below); or

C  [ ]  Payment in ___ (e.g., equal, weekly, monthly, quarterly) installments of $ _ over a period of _ (e.g., months or years), to commence _ (e.g., 30 or 60 days) after the date of this judgment; or

D  [ ]  Payment in ___ (e.g., equal, weekly, monthly, quarterly) installments of $ _ over a period of _ (e.g., months or years), to commence _ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  [ ]  Payment during the term of supervised release will commence within _ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  [ ]  Special instructions regarding the payment of criminal monetary penalties:


Unless the court has expressly ordered otherwise, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. Unless otherwise directed by the court, the probation officer, or the United States attorney, all criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, shall be made to **U.S. District Court, 800 Market St., Suite 130, Knoxville, TN 37902**. Payments shall be in the form of a check or a money order, made payable to U.S. District Court, with a notation of the case number.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ]  Joint and Several

    Defendant Name, Case Number, and Joint and Several Amount:


[ ]  The defendant shall pay the cost of prosecution.

[ ]  The defendant shall pay the following court cost(s):

[ ]  The defendant shall forfeit the defendant's interest in the following property to the United States:

07-2179

# United States District Court
## Violation Notice

| CVB Location Code | | |
|---|---|---|
| Violation Number | Officer Name (Print) | Officer No |
| 1205635 | KEITH GAP 16N | TE4 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 7/14/07 2352 | 36CFR 4.23(a) 1+2 |

Place of Offense
FOOTHILLS PARKWAY WEST 8130

Offense Description
OPERATING A MOTOR VEHICLE WITH A BLOOD ALCOHOL LEVEL > .08 AND UNDER THE INFLUENCE OF ALCOHOL TO A DEGREE OF BEING INCAPABLE OF CONTROL 27-00-00

## DEFENDANT INFORMATION

| Last Name | First Name | M.I. | Phone ( ) |
|---|---|---|---|
| McTAGGART | DANNY | T. | |

Street Address: 602 KENTUCKY STREET

| City | State | Zip Code |
|---|---|---|
| TALLASSEE | TN | 37878 |

| Drivers License No | D L State | Social Security No | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| 101239845 | TN | 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 | 5/7/86 |

| ☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair BRN | Eyes BLU | Height 6'1" | Weight 160 |

## VEHICLE DESCRIPTION

| Tag No | State | Year | Make/Model | Color | VIN |
|---|---|---|---|---|---|
| 077 HLD | TN | 88 | CADILLAC | BLACK | |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

$ COURT Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $  Total Collateral Due

YOUR COURT DATE
(If no court appearance date is shown you will be notified of your appearance date by mail.)

Court Address | Date (mm/dd/yyyy) | Time (hh:mm)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature  Danny McTaggart

1205635

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 14, 2007 while exercising my duties as a law enforcement officer in the EASTERN District of TENNESSEE

AND WITHIN GREAT SMOKY MOUNTAINS NATIONAL PARK AND WITHIN THE FOOTHILLS PARKWAY WEST I WAS PATROLLING ON THE FOOTHILLS PARKWAY WEST WHERE I OBSERVED A SOUTHBOUND VEHICLE COME AROUND A CORNER AT A HIGH RATE OF SPEED. I TRIED TO FOLLOW THE VEHICLE AND HAD TO DRIVE NEAR 70 MPH TO CATCH UP. THE VEHICLE, A BLACK CADILLAC (TN 077HLD), CONTINUED TO SPEED UP AFTER I CAUGHT UP. I FOLLOWED

...AT SPEEDS OVER...HARD IN SLIGHT CURVES MULTIPLE TIMES, THE...R SIDE WINDOW, 2 THE CADILLAC...SMELL OF VODKA. THE IF BREATH OF 5/7/86 ALCOHOL BUT HIS SAME AS DANNY W/IN HIS RESPONSES. RUN ON STANDARDIZED ONE PROVIDED A PERSON W/ OTHER

NEEDS 5 TO 6 MONTHS TO PAY FINE

TICKET # 1205635 DUI
$350/25/10
48 HRS JAIL w/ court all

1205636 OPEN CONTAINER
$50/25/10

1205637 RECKLESS
$100/25/10

...y personal investigation officer's observation
...ch I have set forth above and on ...t of my knowledge
Signature
of a warrant

Executed on
Date (mm/dd/yyyy)
US Magistrate Judge
MR Scanlon/Rapplestorff JR (illegible) 7/18/07

# United States District Court
## Violation Notice

| | | | |
|---|---|---|---|
| CVB Location Code | TE41 | | |
| Violation Number | Officer Name (Print) | Officer No. | |
| 1205636 | KEITH GAD | 147 | |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code | Place of Offense |
|---|---|---|
| 7/14/07 2352 | 36 CFR 4.14(b) | FOOTHILLS PARKWAY WEST 6130 |

Offense Description: POSSESSION OF OPEN CONTAINER OF ALCOHOL; DRIVER

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. | Phone |
|---|---|---|---|
| MCTAGGART | DANNY | C | 30-20-60 |

| Street Address |
|---|
| 6002 KENTUCKY STREET |

| City | State | Zip Code |
|---|---|---|
| TALLASSEE | TN | 37878 |

| Drivers License No | D.L. State | Social Security No | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| 101239848 | TN | 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 | 5/7/86 |

| Sex ☒ Male ☐ Female | ☒ Adult ☐ Juvenile | Eyes | Hair | Height | Weight |
|---|---|---|---|---|---|
| | | BLU | BRO | 6'1" | 160 |

### VEHICLE DESCRIPTION

| Tag No | State | Year | Make/Model | Color | VIN |
|---|---|---|---|---|---|
| 077 HLD | TN | 88 | CADILLAC | BLACK | |

**A** ☒ BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

**B** ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

PAY THIS AMOUNT → $ COURT Forfeiture Amount
+ $25 Processing Fee
$ COURT Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) | Time (hh:mm) |
|---|---|---|

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: *Danny McTaggart*

07-2179
1205636

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on __July 14__, 20 _07_, while exercising my duties as a law enforcement officer in the __Eastern__ District of __Tennessee__

I was patrolling northbound on the Foothills Parkway West within Great Smoky Mountains National Park, when I observed a vehicle traveling southbound around a corner at a high rate of speed. I turned around to follow the vehicle, a black Cadillac with TN plate 077 HLD, and pace its speed I had to drive at over 70 mph for more than a mile to catch up to the vehicle. When I got behind the Cadillac and started following, it was traveling at around 55-60 mph, but soon began to speed up and I followed it for a couple of miles at speeds over 70 mph. The Cadillac swayed and leaned as it rounded even slight curves and was more than halfway over the centerline for a hundred yards or so at least twice. I stopped the vehicle and the driver identified himself to me as Danny McTaggart with a date of birth of 5/7/86. While I was standing at the passenger door of the vehicle I observed a 1.75 Liter Tvarscki Vodka bottle that was about half empty. McTaggarts eyes were pink and he was slow with his responses. McTaggart performed poorly on Standardized Field Sobriety Maneuvers and provided a breath sample on my Alco-Sensor IV that read .098. McTaggart stated to me that he thought whoever was behind him was wanting to race and that's why he kept speeding up

The foregoing statement is based upon

X my personal observation ✓ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 7/16/07
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

CVR Scan 8/8/2007 11:13:00

# United States District Court
## Violation Notice

07-2179

| | |
|---|---|
| Violation Number | 1205637 |
| Officer Name (Print) | KEITHLEY (?) |
| Officer No | TE41 |
| CVB Location Code | TE41 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| | |
|---|---|
| Date and Time of Offense (mm/dd/yyyy) | 2/14/07 2352 |
| Offense Charged ☐ CFR ☐ USC ☒ State Code | 36CFR 4.2(b); TN: 55-10-205 |
| Place of Offense | FOOTHILLS PARKWAY WEST 8130 |
| Offense Description | RECKLESS OPERATION OF A MOTOR VEHICLE 73-29-00 |

### DEFENDANT INFORMATION

| | |
|---|---|
| Last Name | McTAGGART |
| First Name | DANNY |
| M.I. | T. |
| Phone ( ) | |
| Street Address | 6002 KENTUCKY STREET |
| City | TALLASSEE |
| State | TN |
| Zip Code | 37878 |
| Drivers License No | 101239815 |
| D L State | TN |
| Social Security No | 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 |
| Date of Birth (mm/dd/yyyy) | 5/7/86 |
| Sex ☒ Male ☐ Female | |
| Hair | BRN |
| Eyes | BLU |
| Height | 6'1" |
| Weight | 160 |
| ☒ Adult ☐ Juvenile | |

### VEHICLE DESCRIPTION VIN

| Tag No | State | Year | Make/Model | Color |
|---|---|---|---|---|
| 077 HLD | TN | 86 | CADILLAC | BLACK |

A ☒ BOX A IS CHECKED, YOU MUST APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

$ COURT Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ COURT Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown you will be notified of your appearance date by mail.)

Court Address _____
Date (mm/dd/yyyy) _____ Time (hh:mm) _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature /s/ Danny McTaggart

1205637

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 14, 207, while exercising my duties as a law enforcement officer in the Eastern District of Tennessee

I was patrolling northbound on the Foothills Parkway West within Great Smoky Mountains National Park, when I observed a vehicle traveling southbound around a corner at a high rate of speed I turned around to follow the vehicle, a black Cadillac with TN plate 077 HLD, and pace its speed I had to drive at over 70 mph for more than a mile to catch up to the vehicle When I got behind the Cadillac and started following, it was traveling at around 55 – 60 mph, but soon began to speed up and I followed it for a couple of miles at speeds over 70 mph The Cadillac swayed and leaned as it rounded even slight curves and was more than halfway over the centerline for a hundred yards or so at least twice I stopped the vehicle and the driver identified himself to me as Danny McTaggart with a date of birth of 5/7/86. While I was standing at the passenger door of the vehicle I observed a 1.75 Liter Tvarscki Vodka bottle that was about half empty McTaggarts eyes were pink and he was slow with his responses McTaggart performed poorly on Standardized Field Sobriety Maneuvers and provided a breath sample on my Alco-Sensor IV that read .098 McTaggart stated to me that he thought whoever was behind him was wanting to race and that's why he kept speeding up

The foregoing statement is based upon
☒ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on 7/16/07
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
Date (mm/dd/yyyy)   US Magistrate Judge

CVB Scan 8/8/2007 11:12:00

AO 98 (Rev. 8/85) Appearance Bond ⊕ ED Tenn (Rev. 2/91)

# United States District Court

EASTERN _____ DISTRICT OF ___ TENNESSEE ___

UNITED STATES OF AMERICA
V.

Danny T. McTaggart
_____
Defendant

O.R.

APPEARANCE BOND

CASE NUMBER: _____

Non-surety:  I, the undersigned defendant acknowledge that I and my...

personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ ___500.00._____

The conditions of this bond are that the defendant

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

IN RETURN FOR MY RELEASE ON THIS BOND, I HEREBY WAIVE (GIVE UP) MY RIGHT TO BE TAKEN BEFORE A JUDICIAL OFFICER REASONABLY PROMPTLY AND TO HAVE THAT JUDICIAL OFFICER ADVISE ME OF MY RIGHTS AND SET A BOND. I AGREE TO APPEAR IN COURT WHEN NOTIFIED TO DO SO AND I UNDERSTAND THAT AN ARREST WARRANT MAY ISSUE FOR ME IF I FAIL TO APPEAR.

THIS BOND IS SIGNED ON _____ AT _____
                          date                place

Defendant's Signature _____  Address _____

Witness _____                _____

                                   Phone _____

APPROVED BY JUDGE _____
STATE MAGISTRATE  Robert Brown           DATE 7/15/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA     )
                             )
V                            )    NO. TE41    1205635 -7
                             )
                             )
MCTAGGART, DANNY T           )
6002 KENTUCKY ST

TALLASSEE, TN 37878

### AGREEMENT TO PAY FINES IN INSTALLMENTS

I have requested that I be allowed to pay my fines of $ __605__ in installments, as follows: TO PAY __0__ TODAY AND TO PAY BALANCE OF $605 BY Feb 13, 2008

1.  I represent that I currently have the financial ability to make these installment payments on the date each is due;

2.  If I do not have the entire fine (including costs) when due, then my failure to pay may result in garnishment of my income tax return and/or suspension of my drivers licence.

    TODAY'S DATE: September 12, 2007    .

_Danny mctaggart_
(Defendant Signature)

_____
(Defendant's Attorney Signature)

# PLEA AGREEMENT
# DEFENDANT CONTACT INFORMATION

**DEFENDANT NAME:** Danny Tavio McTaggart

**Physical Address:** 1807 Adkins Way Luisivil TN 37777

**Mailing Address:** 6002 Kentucky St Tallassee TN 37878

**Phone Numbers:** ☐ Cell: 218-53-54

☐ Hard Line: 865-374 86 80

**PLACE OF EMPLOYMENT:** unemployment

**Address:** _____

**Work Phone:** _____

**Supervisor:** _____

**NAME OF PERSON <u>NOT LIVING WITH YOU</u> THAT CAN BE CONTACTED IN ORDER TO REACH YOU:**

**NAME:** my brother Skyler McTaggart

**Phone Number:** 374 86 80

**Relationship to you:** brother

"My information on this form is true, complete, and correct to the best of my knowledge and belief and are made in good faith."

Danny McTaggart     8/13/07
**Defendant's Signature**     **Date**